# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00260-CV

### In re Stephen Sakonchick, II

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion to stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Filed: May 3, 2023